IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:22-po-05042-JTJ-1 |
| Plaintiff, | **ORDER** |
| vs. | |
| DENNIS L. HAYES, | |
| Defendant. | |

Upon the motion by the Defendant to reset the Initial Appearance, change venue and appoint council, (Doc. 15) IT IS HEREBY ORDERED that the Initial Appearance in this matter is **RESET for October 6, 2022 at 9:00 a.m.** at the Missouri River Federal Courthouse, Great Falls, Montana. IT IS ALSO ORDERED that the Defendant may appear remotely at the Initial Appearance. The call-in number is as follows: 877-402-9753; access code: 5136505.

DATED this 6th day of September, 2022.

_____
John Johnston
United States Magistrate Judge

Case 4:22-cr-00084-BMM Document 16 Filed 09/06/22 Page 2 of 2