# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DENNIS L. HAYES, Defendant. | No. CR-22-84-GF-BMM  **ORDER** |

Defendant Dennis L. Hayes ("Hayes") filed a letter on January 20, 2023. (Doc. 41.) The Court will construe the letter as a motion. The motion states that Hayes "need[s] clarification" on the following issues: the definition and scope of "surface disturbance," the role of the U.S. Forest Service ("USFS") with respect to "legal mining," when and under which regulatory provision USFS cited Hayes, and the courts' authority to interpret the U.S. Constitution. (*Id.*) These questions are not properly before the Court in light of the January 6, 2023, Amended Judgment denying Hayes's appeal. (Doc. 39.) The Court will deny Hayes's motion. (Doc. 41.) Hayes may appeal the Court's decision to the Court of Appeals for the Ninth Circuit.

## ORDER

Hayes's Motion (Doc. 41) is **DENIED.** Hayes may appeal the Court's decision (Doc. 39) to the Court of Appeals for the Ninth Circuit.

DATED this 17th day of February, 2023.

_____
Brian Morris, Chief District Judge
United States District Court